# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 6, 2017

Before:

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 17-3044 | ANDREW I. PHILIPSBORN, as TRUSTEE on behalf of the THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, et al., <br> Plaintiffs - Appellees <br> v. <br><br> AVON CAPITAL, et al., <br> Defendants - Appellees <br><br> APPEAL OF: TPG GROUP, INC., Claimant |
| **Originating Case Information:** ||
| District Court No: 1:11-cv-03274 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber ||

This case is **REMANDED** for further proceedings in light of *Thomas D. Philipsborn Irrevocable Insurance Trust v. Avon Capital, LLC*, No. 15-3368 (7th Cir. Oct. 5, 2017) (nonprecedential disposition). The above is in accordance with the decision of this court entered on this date.